| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | KESLIE STEWART (CABN 184090)<br>Assistant United States Attorney |

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3680
Fax: (510) 637-3724
E-Mail: Keslie.Stewart@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-10-00644 DLJ |
| v. | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM SEPTEMBER 30, 2010 TO NOVEMBER 12, 2010 FROM SPEEDY TRIAL ACT CALCULATION (18 U.S.C. §§ 3161(h)(7)(A) and (B)) |
| LAWRENCE P. HAM, | ) | |
| Defendant. | ) ) ) | |

The parties appeared before Magistrate Judge Laurel Beeler on September 30, 2010, for status. Based on defense counsel's need to review discovery and the fact that some of the discovery is contraband that must be reviewed in the presence of a government agent, the parties agreed and the Court found that the matter should be continued to November 12, 2010, at 9:00 a.m. and that time should be excluded for the effective preparation of counsel. Accordingly, the parties further agreed that it is unreasonable to expect adequate preparation for pretrial proceedings or trial within the time limits of the Speedy Trial Act.

The parties also agreed and the Court found that the ends of justice served by excluding the period from September 30, 2010, through November 12, 2010, from Speedy Trial Act

CR 10-00395 PJH
[Proposed] Order Excluding Time

calculations outweighs the interests of the public and the defendants in a speedy trial by allowing time for the defense effectively to prepare the case, in accordance with 18 U.S.C. §§ 3161(h)(7)(A) and (B).    SO STIPULATED.

Dated: October 4, 2010

                          /s/
                    KESLIE STEWART
                    Assistant United States Attorney

Dated: October 4, 2010          /s/

                    SCOTT SUGARMAN
                    Counsel to Defendant Ham

## [~~PROPOSED~~] ORDER

Based on the stipulation of the parties and good cause appearing, the Court finds that the ends of justice served by excluding the period from September 30, 2010 through November 12, 2010, from Speedy Trial Act calculations outweighs the interests of the public and the defendant in a speedy trial by allowing time for the defense effectively to prepare the complex case, in accordance with 18 U.S.C. § 3161(h)(7)(A) and (B).

Accordingly, this matter is ordered set for status before the Honorable Judge D. Lowell Jensen on November 12, 2010 at 9:00 a.m. and the time from September 30, 2010, through November 12, 2010, shall be excluded from the Speedy Trial Act calculations, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

DATED: October 7, 2010

                    LAUREL BEELER
                    United States Magistrate Judge